NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA SINGLETARY,                )
                                  )
            Appellant,            )
                                  )
v.                                )        Case No. 2D19-1361
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____ )

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Christopher C.
Nash, Judge.


PER CURIAM.

            Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.